```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                      :
              Plaintiff,                      :
                                              :
      v.                                      :       ORDER
                                              :
                                              :       20 CV 1581 (VB)
GREAT AMERICAN AUCTION SERVICE, INC,          :
and PETER FRANCESE,                           :
              Defendants.                     :
--------------------------------------------------------------x
```

Briccetti, J.:

      Plaintiff commenced this action on February 22, 2020. (Doc. #1). To date, there is no indication on the docket that defendants have been served, and defendants have not appeared in the case.

      Today, June 3, 2020, is over ninety days after the complaint was filed. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against the defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

      Accordingly, this action will be dismissed without prejudice unless, on or before July 2, 2020, plaintiff either files proof of service on the docket or seeks an appropriate extension of time to do so.

Dated: June 3, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge