UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
  UNITED STATES OF AMERICA,            :
              Plaintiff,                            :
v.                                                :        **ORDER**
                                              :
GREAT AMERICAN AUCTION SERVICE,  :       20 CV 1581 (VB)
INC. and PETER FRANCESE,                :
            Defendants.                     :
--------------------------------------------------------------x

       On February 22, 2020, plaintiff United States of America commenced the instant action against defendants Great American Auction Service, Inc. ("Great American") and Peter Francese. (Doc. #1).

       On June 29, 2020, plaintiff docketed a proof of service indicating service on defendant Peter Francese on June 9, 2020. (Doc. #9). Accordingly, Francese had until June 30, 2020, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

       On July 2, 2020, plaintiff docketed a proof of service indicating service on defendant Great American on June 2, 2020. (Doc. #10). Accordingly, Great American had until June 23, 2020, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

       To date, defendants have not answered, moved, or otherwise responded to the complaint.

       Accordingly, provided that defendants remain in default, plaintiff is ORDERED to seek a certificate of default as to defendants by July 22, 2020, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by August 5, 2020. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: July 15, 2020
       White Plains, NY

                                             SO ORDERED:

                                             _____
                                             Vincent L. Briccetti
                                             United States District Judge