| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>United States of America | CASE NO. 20-cv-1581 |
| Plaintiff, | |
| -vs- | ORDER TO SHOW CAUSE |
| Great American Auction Service, Inc.,<br>Peter Francese | |
| Defendants | |

SIRS:

      PLEASE TAKE NOTICE, that upon the annexed affidavit of Robert A. Rodgers sworn to on July 28, 2020, the Affirmation in Support of John Manfredi, Esq., the Summons and Complaint filed in this Court, and upon all of the pleadings and proceedings had heretofore herein,

      LET the defendants, Great American Auction Service, Inc. and Peter Francese, show cause before the Honorable Vincent L. Briccetti in Courtroom 620 of the United States Courthouse at 300 Quarropas Street, White Plains, New York 10601-4150 on the __9th__ day of __September__, 2020 at __11am__ o'clock of that day, or as soon thereafter as counsel can be heard, why a default judgment should not be issued herein, pursuant to Rule 55(b)(2), in favor of the Plaintiff and against the Defendants, and

      For such other and further relief as to the Court shall deem just and proper.

      Oral argument will not be considered and personal appearance is not required on the return date of this motion.

      SUFFICIENT REASON APPEARING THEREFORE, let service of a copy of this Order together with __all papers filed in support of this application__ upon the defendants by _____ on or before the __12th__ day of __August__ _____, 2020 be deemed good and sufficient service.

      ~~Opposition papers shall be served prior to the return date.~~

1

By August 12, 2020, plaintiff's counsel shall post an affidavit of service on the ECF docket to confirm that plaintiff's counsel mailed this Order and all supporting papers to defendant by August 12, 2020.

Any <u>objections</u> to the relief requested herein or <u>answering papers</u>, if any, shall be served upon John Manfredi, Manfredi Law Group PLLC, 302 East 19th Street, Suite 2A, New York, NY 10003, **by September 2, 2020**.

With respect to the hearing in this matter scheduled for September 9, 2020, at 11:00 a.m., counsel and defendants shall attend by calling the following number and entering the access code when requested:

<u>Number</u>:  (888) 363-4749 (toll-free) <u>or</u> (215) 446-3662

<u>Access Code</u>:  1703567

The parties should be on the line by 11:00 a.m. and announce their names before speaking.

Dated: August 4, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge