UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
          Plaintiff,                                  :
v.                                                              :    **ORDER**
                                                         :
GREAT AMERICAN AUCTION SERVICE,  :    20 CV 1581 (VB)
INC. and PETER FRANCESE,                 :
          Defendants.                              :
--------------------------------------------------------------x

      As discussed at today's on-the-record show cause hearing on plaintiff's motion for a default judgment, attended by plaintiff's counsel and at which no defendant appeared, it is HEREBY ORDERED:

      1. By October 9, 2020, plaintiff's counsel shall file a supplemental declaration addressing the discrepancies in the statement of damages identified by the Court at today's hearing.  The supplemental declaration shall explain why the loan principal balance is listed in the statement of damages as $49,364.86 (Doc. #26-1), even though plaintiff's own submission indicates defendants paid $5,829.44 toward the $50,000 loan principal (Doc. #26-4).  The supplemental declaration shall also explain the basis for the requested 31 U.S.C. § 3717(e) fees, as well as how such fees were calculated in this case.  Plaintiff's counsel shall also file an updated statement of damages clearly explaining the basis for the damages.

      2. By September 16, 2020, plaintiff's counsel shall serve this Order on defendants by overnight mail and file proof of service of the same on the ECF docket.

Dated: September 9, 2020
      White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge